BARNWELL *v.* VALDOSTA STREET RAILWAY COMPANY.

BECK, J. The court's instructions to the jury upon the controlling issues in this case are substantially correct, and the inaccuracies in other portions of the charge are not of a sufficiently grave character to work a reversal of the judgment denying a new trial, under the evidence in the case.    *Judgment affirmed. All the Justices concur.*
JUNE 17, 1915.

Action for damages. Before Judge Thomas. Lowndes superior court. February 14, 1914.

*Dan R. Bruce,* for plaintiff. *E. K. Wilcox,* for defendant.